# Court of Appeals
# of the State of Georgia

ATLANTA,  April 22, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0323. IN THE INTEREST OF C. C. E., a child.**

On July 22, 2021, this Court granted APPELLANT'S application for discretionary appeal. Having reviewed the parties' briefs and the record now before us, we DISMISS the appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/22/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*